IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANGELA SPANN,                    )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )        1:04cv969-T
                                 )           (WO)
DYNCORP TECHNICAL                )
SERVICES, LLC,                   )
and ARMY FLEET SUPPORT,          )
LLC,                             )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the joint motion for extension of deadlines (Doc. No. 19) is denied. The deadlines in the uniform scheduling order (Doc. No. 17), in particular, the discovery deadline, were agreed to by the parties in their Rule 26(f) report (Doc. No. 14).

DONE, this the 11th day of May, 2005.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE