IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA SPANN,                          )
                                       )
                Plaintiff,             )
                                       )
v.                                     )     CIVIL ACTION NO.  1:04CV969-T
                                       )     [WO]
DYNCORP TECHNICAL SERVICES,            )
LLC, and ARMY FLEET SUPPORT,           )
                                       )
                Defendant.             )

## ORDER ON MOTION

On 14 June 2005, the defendant filed a Motion to Dismiss Action or Other Sanctions for Plaintiff's Failure to Appear For Deposition (Doc. # 28).  The defendant requested that the court require the plaintiff to appear for deposition on a date certain, require the plaintiff to pay the defendant's reasonable expenses for her failure to appear, and extend the deadline for filing dispositive motions.

The court entered an order on 16 June 2005 referring the motion for other sanctions to the undersigned (Doc. # 30), and on 1 July 2005, the undersigned entered orders granting the motion to compel and the motion for protective order.  Having considered the defendant's motion for sanctions in the context of the other pending motions, and for good cause, it is

ORDERED that the motion for sanctions is DENIED.

DONE this 6th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE