```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

ANGELA SPANN,                     )
                                               )
    Plaintiff,                   )
                                             )     CIVIL ACTION NO.
    v.                           )        1:04cv969-T
                                             )           (WO)
DYNCORP TECHNICAL SERVICES,  )
LLC, and ARMY FLEET          )
SUPPORT, LLC,                )
                                             )
    Defendants.                  )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Army Fleet Support, LLC's motion for summary judgment (Doc. No. 37) is granted.

(2) Judgment is entered in favor of defendant Army Fleet Support, LLC, and against plaintiff Angela Spann, with plaintiff Spann taking nothing by her complaint against defendant Army Fleet Support, LLC.

It is further ORDERED that defendant Army Fleet Support, LLC's motions in limine (Doc. Nos. 72 & 73) are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Spann, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of November, 2005.

       /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**