IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANGELA SPANN,                   )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )      1:04cv969-T
                                )         (WO)
DYNCORP TECHNICAL SERVICES,     )
LLC, and ARMY FLEET             )
SUPPORT, LLC,                   )
                                )
    Defendants.                 )
```

### ORDER

It is ORDERED that defendant Army Fleet Support, LLC's motion to strike (Doc. No. 89) is denied, with the understanding that, in ruling on a pending motion, the court has not, and should not be understood as having, allowed a party to sandbag another party with new arguments at this late hour.

Done, this the 9th day of November, 2005.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**