IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


ANGELA SPANN,                    )
                                 )
    Plaintiff,                   )
                                 )        CIVIL ACTION NO.
    v.                           )         1:04cv969-MHT
                                 )            (WO)
DYNCORP TECHNICAL                )
SERVICES, LLC, and               )
ARMY FLEET SUPPORT, LLC,         )
                                 )
    Defendants.                  )

ORDER

Upon consideration of the opinion of the United

States Court of Appeals for the Eleventh Circuit entered

on June 16, 2006, wherein the final judgment of this

court made and entered herein in favor of defendant Army

Fleet Support, LLC, on November 1, 2005 (Doc. no. 75),

was in all respects affirmed; and the mandate of the

United States Court of Appeals for the Eleventh Circuit

issued on July 17, 2006, and received in the office of

the clerk of this court on July 18, 2006 (Doc. no. 99),

it is the ORDER, JUDGMENT, and DECREE of the court that

the final judgment of this court made and entered in favor of defendant Army Fleet Support, LLC, on November 1, 2005 (Doc. no. 75), is continued in full force and effect.

DONE, this the 27th day of July, 2006.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE